AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi

| | |
|---|---|
| SUSAN BAILEY <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> CITY OF GREENWOOD, MISSISSIPPI AND <br> KENDRICK D. COX, IN HIS INDIVIDUAL CAPACITY <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.   4:26-CV-31-DMB-JMV <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kendrick D. Cox, Mayor
City of Greenwood, Mississippi
City Hall
101 West Church Street
Greenwood, Mississippi 38930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JIM WAIDE
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS 38804-3955
Post Office Box 1357
Tupelo, MS 38802-135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    03/05/2026               S/ DANIEL B. MCHUGH
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-CV-31-DMB-JMV

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___KENDERICK COX   MAYOR___
was received by me on *(date)* ___MARCH 20, 2026___

[X] I personally served the summons on the individual at *(place)* ___KENDERICK COX___
___AT CITY HALL_____ on *(date)* ___3-23-26___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ___50.00___ for travel and $ ___0—0___ for services, for a total of $ ___$50.00___ .

I declare under penalty of perjury that this information is true.

Date: ___3-23-26___ .

_____
*Server's signature*

___STEVE PERNELL___
*Printed name and title*


___360 WEST CLAIBORNE AVE GREENWOOD, MS___
*Server's address*   ___38930___

Additional information regarding attempted service, etc: