UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## NOTICE

SUSAN BAILEY                                                                                   PLAINTIFF

V.                                                                        CIVIL ACTION NO.: 4:26-CV-031 RPC-JMV

CITY OF GREENWOOD, MISSISSIPPI and                                       DEFENDANT
KENDRICK D. COX, IN HIS INDIVIDUAL
CAPACITY

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE STREET**<br>**ABERDEEN, MISSISSIPPI** | **COURTROOM 2 – THIRD FLOOR**<br>**MONDAY, JULY 26, 2027**<br>**9:40 A.M.** |

**Type of Proceeding**

**MVD JURY TRIAL BEFORE U.S. DISTRICT JUDGE ROBERT P. CHAMBERLIN**

**YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.
YOU SHALL BE PREPARED ON THE ABOVE DATE TO TRY YOUR CASE
AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

---

DANIEL B. MCHUGH, Clerk of Court


BY:___/s/___ Jennifer Cummings_____
            Courtroom Deputy


Date: June 17, 2026


To:    Jim D. Waide, III (electronic notice only)    Rachel Pierce Waide (electronic notice only)
       Yance A. Falkner (electronic notice only)    Gregory Todd Butler (electronic notice only)
       Mallory Kaye Bland (electronic notice only)    Sonya Dickson (electronic notice only)


**CONTACT CHAMBERS AT 662-369-8651 OR judge_chamberlin@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**