**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SUSAN BAILEY**                                                                          **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.: 4:26-CV-31-RPC-JMV**

**CITY OF GREENWOOD, MISSISSIPPI,**
**ET AL.**                                                                          **DEFENDANTS**

### STIPULATION

In connection with any immunity defense that could be raised by Defendants, the parties stipulate to the following:

The parties agree that Defendants may wait until after the discovery deadline to file their respective motions on any immunity defenses, and the parties agree that any such delay in filing said motions shall not be a waiver of any immunity defenses.

Dated:  June 22, 2026.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY:   *Mallory K. Bland*
              G. Todd Butler, MB #102907
              Mallory K. Bland, MB #105665
              1905 Community Bank Way, Suite 200
              Flowood, Mississippi 39232
              Telephone: 601-352-2300
              Telecopier: 601-360-9777
              todd.butler@phelps.com
              mallory.bland@phelps.com

**ATTORNEYS FOR MUNICIPAL**
**DEFENDANTS**

PD.62319161.1

**AGREED TO AS TO FORM AND CONTENT:**

*/s/ Yance Falkner*

Jim Waide, MSB #6857
Rachel Waide Pierce, MSB #100420
Yance Falkner, MSB #106107
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, Mississippi 38804-3955
Post Office Box 1357
Tupelo, Mississippi 38802-1357
Tel: 662-842-7324
Facsimile: 662-842-8056
Email: waide@waidelaw.com
jdw@waidelaw.com
rpierce@waidelaw.com
yfalkner@waidelaw.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 22nd day of June, 2026.

_Mallory K. Bland_
Mallory K. Bland