**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SUSAN BAILEY** **PLAINTIFF**

**v.** **CAUSE NO. 4:26-CV-31-RPC-JMV**

**CITY OF GREENWOOD, MISSISSIPPI AND KENDRICK D. COX, IN HIS INDIVIDUAL CAPACITY** **DEFENDANTS**

---

## NOTICE OF SERVICE

---

NOTICE IS HEREBY GIVEN, that Plaintiff SUSAN BAILEY, by and through counsel, has this day served upon all counsel of record a true and correct copy of **Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents** via electronic mail.

The undersigned retains the original of the above document as custodian thereof.

Respectfully submitted on October 15, 2026.

SUSAN BAILEY, Plaintiff

By: *_/s/ Yance Falkner_*
Yance Falkner, MS Bar No. 106107
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS 38804-3955
Post Office Box 1357
Tupelo, MS 38802-1357
Telephone: (662) 842-7324
Facsimile: (662) 842-8056
Email: waide@waidelaw.com
yfalkner@waidelaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case filing system (CM/ECF), which sent notification to all counsel of record.

DATED October 15, 2026.

*/s/ Yance Falkner*
Yance Falkner